# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK

MAY 07 2025

U.S. DISTRICT COURT
WEST. DIST. KENTUCKY

Antoinne E. Miles

_____

(Full name of the Plaintiff(s) in this action)

v.

Louisville Metro
Goverment
Correction Officer
E. Smith

CIVIL ACTION NO. 3:25CV-142-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Antoinne E. Miles

Place of Confinement: Louisville metro department of Corr.

Address: 400 South 6th St Louisville, ky 40202

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Correctional officer E. Smith__ is employed as __Correctional off.__ at __LMDC__.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant __Louisville metro Gov.__ is employed as __Govorment__ at __7219 Dixie Hwy #106 Louisville, Ky 40258__

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s): _____

                      _____

    Defendant(s): _____

                        _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On May 28th 2024 I Antoinne E. Miles was housed on the 5th Floor of LMDC. I in my Bed Area when C.O. E. Smith called me to the front door of the dorm & told me to pick my shit. I asked why he said your being moved, I asked why he said he didn't know. I said can I speak to a SrGt. and walked back over to my bulk Area and stood there for a SGt. with my back to the door. I then heard C.O. E. Smith walked into bed Area and said are you going to pick up. I said with my back turned from C.O. Smith and the female C.O. who was there to Asst. him when I felt a sharp pain in my back that caused me to drop to my knee, I soon relized I was being tazed. I was never told to put my hands behind my back to be cuffed before I was tazed. I never was asked to come with niether officer befored I was tazed. I was only told I was being moved, which the officer could have done with out me packing my property. I was told to put my hands behind

4

### III. STATEMENT OF CLAIM(S) continued

my back after I was tazed. I did so without any confortion after that. I look for relief under the 14 Admendment under the due process of excessive force.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _As the Courts see fit._

____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ _As the Courts see fit._

__X__ other: _Any other fee's occured._

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20___.

_Antoinne E. Miles_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _Feb 13, 2025_.

_Antoinne Miles_
(Signature)

6

Antoinne E. Miles
400 South 6th St
Louisville, Ky 40202

[USA FOREVER stamp]

Office of the Clerk
601 W. Broadway, Rm 106
Gene Snyder United St. Courthouse
Louisville, Ky 40202

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department

FILED
JAMES J. VILT, JR. - CLERK
MAR 07 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY